Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

PROVIDED TO CHARLOTTE
CORRECTIONAL INSTITUTION
ON ___7/12___ FOR MAILING
BY_____

Derek Vernon Medina
Derek Vernon Medina
pro Se DC# 195189

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Deguisepe funeral Cremations

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. 3:26-cv-01862-WWB-SJH
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name Derek Vernon Medina

All other names by which
you have been known: News media Name Facebook killer

ID Number M95189

Current Institution Charlotte Correctional Institution

Address 33123, oil well Road

puntagorda          FC          33955
_City_                    _State_          _Zip Code_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name Deguisepe funeral Cremations
Job or Title *(if known)* todd Deguirepe owner
Shield Number
Employer
Address 9001 N. orlando Ave

orlando          FL          32751
_City_                _State_          _Zip Code_
☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name
Job or Title *(if known)*
Shield Number
Employer
Address

_City_                _State_          _Zip Code_
☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

    Name                          _____

    Job or Title *(if known)*         _____

    Shield Number             _____

    Employer                  _____

    Address                   _____

                              _____

                              *City*         *State*       *Zip Code*

              ☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**

    Name                          _____

    Job or Title *(if known)*         _____

    Shield Number             _____

    Employer                  _____

    Address                   _____

                              _____

                              *City*         *State*       *Zip Code*

              ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I paid for my own funeral arangements when I die I will be picked up cremated at or lando location 2000 degrees and I paid for funeral home to release my ashes into Ocean close to Maitland, orlando Area. Im sueing looks

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I'm syeing for one hundred thousand I have called Company for years I requested receipts I had one xcopy b/2019 year when I paid from my Inmate bank account my receipts were misplaced Deguisepe funeral cremations

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Refuses to mail me my receipts, Susan Secretary promises to mail receipts but has lied to me for years she needs to be fired. I am requesting I get my receipts, refund or The funeral Company / Can lose in Court one hundred thousand plus attorney fees.

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

---

## III.     Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

☑     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)*     _____

## IV.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

amendment XIV violated citizenship rights not to be abridged

---

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I need my receipts or refund or lose in court to me settle for one hundred thousand.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting relief and to be paid 100k neglecting Customer Services. I filed complain Florida Consumer Service funeral Services on funeral home Now Its time for lawsuit No one is above the law!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

union Ci I requested my receipts 2024
When I was transfered I been ignored for years!

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

_____

2.   What did you claim in your grievance?

_____

3.   What was the result, if any?

_____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* A. Have you filed other lawsuits in state or federal Court dealing with the same facts involved in this action ☒ No.

**VIII.    Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes 30 lawsuits at your clerk of court Jacksonville location 3:26-CV-00263-Jep-MCR

☐ No   3:26 CU-01302-WWB PDB   3:26-CU-00623-Jep LLL (3:26-CU-00623-Jep-LLL filed 4/20/26

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
I'm still waiting on 3 lawsuits from your location one lawsuit, secums technologies, fortmyers, Second # family member 3# Lake County court house for not filing my divorce I have not received any opilnions on three lawsuits months ago?

A. Have you filed other lawsuits in state or federal Court dealing with the same facts involued in this action?

☑ No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _July 12, 2026_

Signature of Plaintiff

Printed Name of Plaintiff   _Derek Medina_

Prison Identification #   _M95189_

Prison Address   _Charlotte C I Inst_
_33123  01 well Pc_
| City | State | Zip Code |

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____
| City | State | Zip Code |

Telephone Number   _____

E-mail Address   _____

Mr Derek Medina
InmateMale
DC# M95189
Charlotte Correctional Institution
33123 oil well Road
Punta gorda, FL 33955

United States district Court
Clerk of Court
300 N. hogan St
Jacksonville, FL 32202



PROVIDED TO CHARLOTTE
CORRECTIONAL INSTITUTION
ON ___7/12___ FOR MAILING
BY _____